JS-6

# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Rubin,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Evans Adhesive Corporation,<br><br>　　　　Defendant. | Case No. 2:23-cv-10098-SVW-PD<br><br>**ORDER RE: DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint served: October 31, 2023<br>Date of removal:   November 30, 2023 |

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed without prejudice.

Dated: January 9, 2024

　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE